State v. Hairston

STATE OF NORTH CAROLINA v. SYLVIA LORRAINE HAIRSTON

No. 7321SC172

(Filed 23 May 1973)

**Homicide § 23— instructions**
The trial court in a homicide case properly declared and explained the law arising on the evidence in the case.

APPEAL by defendant from *Collier, Judge,* 25 September 1972 Session of Superior Court held in FORSYTH County.

Defendant was tried for murder and was convicted of voluntary manslaughter. Judgment imposing a prison sentence of from four to seven years was entered.

*Attorney General Robert Morgan by Thomas E. Kane, Assistant Attorney General, for the State.*

*Drum and Liner by Renn Drum for defendant appellant.*

VAUGHN, Judge.

Defendant brings forward only one assignment of error and that relates to the adequacy of the judge's charge to the jury.

We hold that the judge properly declared and explained the law arising on the evidence given in the case.

No error.

Judges BRITT and MORRIS concur.